HEMMINGS & SNELL LLP
30 Wall Street, 8th Floor
New York, NY 10005
Tel. (212) 747-9560
Fax (212) 747-9564
general@hemmingssnell.com
*Attorneys for the Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MARIATERESA NOBLE,
                Plaintiff,

    -vs.-

MOUNT OLIVET CHURCH, INC., aka
MOUNT OLIVERT CHURCH, INC., aka
MOUNT OLIVER CHURCH, INC., aka
MOUNT OLIVE CHURCH, INC., aka
ARACELIS STAATZ, as Trustee of
Mount Olivet Church,
                Defendants.
----------------------------------------------------------X

ANSWER

Civil Case No.: 18-cv-07871

      Mount Olivet Church, Inc., and Aracelis Staatz, as Trustee of Mount Olivet Church ("Defendants"), by and through Francis E. Hemmings, Esq., hereby interpose the following answer and states upon belief and information, as follows:

      1.    Admit in part and deny in part as to the allegations stated in Paragraph ONE of the complaint.

      2.    The Defendants have no knowledge of the allegations stated in Paragraph TWO of the complaint.

      3-4.    The Defendants admit to the allegations stated in Paragraph THREE and Paragraph FOUR of the complaint.

      5-6    The Defendants have no knowledge of the allegations stated in Paragraph FIVE and Paragraph SIX of the complaint.

7. The Defendants deny the allegations stated in Paragraph SEVEN of the complaint.

8-9. The Defendants have no knowledge of the allegations stated in Paragraph EIGHT and Paragraph NINE of the complaint.

10-16. The Defendant have no knowledge of the allegations stated in Paragraphs TEN, ELEVEN, TWELVE, THIRTEEN, FOURTEEN, FIFTEEN, and SIXTEEN of the complaint.

17-22. The Defendants have no knowledge of the allegations stated in Paragraphs SEVENTEEN, EIGHTEEN, NINETEEN, TWENTY, TWENTY ONE, and TWENTY TWO of the complaint.

23. The Defendants deny the allegations stated in Paragraph TWENTY THREE of the complaint.

24. The Defendants deny the allegations stated in Paragraph TWENTY FOUR of the complaint.

25-28. The Defendants have no knowledge of the allegations stated in Paragraphs TWENTY FIVE, TWENTY SIX, TWENTY SEVEN, and TWENTY EIGHT of the complaint.

29. The Defendants have no knowledge of the allegations stated in paragraph TWENTY NINE of the complaint.

30. The Defendants deny the allegation stated in paragraph THIRTY of the complaint.

31-34. The Defendant deny the allegations stated in paragraphs THIRTY ONE through THIRTY FOUR of the complaint.

35-36. The Defendants have no knowledge of the allegations stated in paragraph THIRTY FIVE and paragraph THIRTY SIX of the complaint.

37-38. The Defendants deny the allegations stated in paragraph THIRTY SEVEN and THIRTY EIGHT of the complaint.

39. The Defendants deny the allegations stated in paragraph THIRTY NINE of the complaint.

40. The Defendants deny the allegations stated in paragraph FORTY of the complaint.

Dated: October 3, 2018
New York, New York

*Francis E. Hemmings*
Francis E. Hemmings
Hemmings & Snell LLP
30 Wall Street, 8th Floor
New York, NY 10005
Tel. (212) 747-9560
Fax (212) 747-9564
*Attorney for Defendants*

## VERIFICATION

ARACELIS STAATZ, being duly sworn, depose and state:

I am the defendant herein, I have read the foregoing Answer and know of the contents thereof, the same is true to my own knowledge except as to those matters which are alleged on information and belief, and as to those matters, I believe them to be true.

Date: October 3, 2018

ARACELIS STAATZ

Sworn to before on this
3rd day of October 2018

NOTARY PUBLIC

JULIA MADURO
NOTARY
NO. 01MA6275834
QUALIFIED IN
BRONX COUNTY
COMM. EXP.
02-04-2021
STATE OF NEW YORK