

**ORTIZ & ORTIZ**
L L P

Attorneys at Law
32-72 Steinway Street, Suite 402
Astoria, New York 11103

Frank A. Ortiz  (1931-2016)
Norma E. Ortiz*

Martha J. de Jesus*
 * (Admitted in New York and New Jersey)

Tel. (718) 522-1117
Fax (718) 596-1302
email@ortizandortiz.com

November 14, 2018

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

Re:   Noble v. Mount Olivet Church
      Civil Case No. 18-cv-07871

Dear Judge Buchwald:

    Please accept my apology for not appearing at the conference scheduled before you today.  I have had three members of my staff search our email software Outlook, including the emails that were deleted, and no one can locate the notice sent by the court of the conference.  Since we receive many court notices through ECF, we are accustomed to monitoring our emails at  multiple times during the day for notifications from the court and our adversaries.  However, since we have received a prior email notification in this case, I presume that the error must rest with our system.  Please pardon any inconvenience our absence caused you and your staff.

Very truly yours,

Norma E. Ortiz

cc:  Francis Hemmings, Esq.