

Attorneys at Law
32-72 Steinway Street, Suite 402
Astoria, New York 11103

Frank A. Ortiz  (1931-2016)                                         Tel. (718) 522-1117
Norma E. Ortiz*                                                     Fax (718) 596-1302
                                                                    email@ortizandortiz.com

Martha J. de Jesus*
 * (Admitted in New York and New Jersey)

January 18, 2019

Hon. Naomi R. Buchwald
500 Pearl Street
New York, New York  10007

                    Re:    Noble v. Mount Olivet Church
                            Civil Case No. 18-cv-07871

                          Status Report

Dear Judge Buchwald:

      I have called, sent text messages, and emailed Mr. Hemmings since our last conference. I have requested that he provide my client access to the property to conduct an appraisal and obtain an estimate of repairs.  Although Mr. Hemmings agreed to provide my client access to the property in December, he has not responded to me since then.  On January 14th, my office emailed Mr. Hemmings, repeated our request, and reminded him of the status report due today. We have not received a response.

      I presume that the government shutdown has impacted the Court's calendar and availability.  Therefore, I request that Your Honor schedule another conference call when it is convenient.

      Thank you for your time and consideration.

                                    Very truly yours,

                                    *S/Norma E. Ortiz*

cc:  Francis Hemmings, Esq.