

**ORTIZ & ORTIZ**
L L P

Attorneys at Law
32-72 Steinway Street, Suite 402
Astoria, New York 11103

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/19
```

Frank A. Ortiz  (1931-2016)
Norma E. Ortiz*

Tel. (718) 522-1117
Fax (718) 596-1302
email@ortizandortiz.com

Kay Uswatte, Of Counsel*
 * (Admitted in New York and New Jersey)

August 30, 2019

Hon. Naomi R. Buchwald
500 Pearl Street
New York, New York  10007

              Re:    Noble v. Mount Olivet Church
                    Civil Case No. 18-cv-07871

Dear Judge Buchwald:

      Please accept this report on the status of discovery.  Your Honor ordered discovery to be completed by August 30th.  We have exchanged documents, and have conducted the depositions of the Plaintiff, real estate broker Ledwin Oviedo, and Mrs. Arecelis Staatz.  However, both parties called for additional documents during the depositions and agreed that one or more third parties should be deposed.

      I was authorized by the Defendants' counsel to request an extension of the deadline to complete discovery for an additional 60 days.

      Thank you for your time and consideration.

                                    Very truly yours,

                                    S/Norma E. Ortiz

cc: D. Broderick, Esq.

*Handwritten annotation by Judge:* Application granted with the proviso that the parties' pre-motion letters, if any, are due 30 days thereafter.

*Signed:* Naomi Reice Buchwald, USDJ  9/3/19