```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MARIA TERESA NOBLE,

                Plaintiff,

        - against -

MOUNT OLIVET CHURCH, INC. and ARACELIS
STAATZ, as Trustee of Mount Olivet              O R D E R
Church,
                                              18 Civ. 7871 (NRB)
                Defendants,
                Third-Party Plaintiffs,

        - against –

LEDWIN OVIEDO, LEDWIN ENTERPRISES,
INC., JAMIE RAMIREZ, ESQ., and LAURA C.
BROWNE, ESQ.,

                Third-Party Defendants.
----------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Having reviewed the July 2, 2020 pre-motion letter of third-party defendant Laura C. Browne, Esq., and the July 3, 2020 letter of third-party plaintiffs Mount Olivet Church, Inc. and Aracelis Staatz in response thereto, the Court has determined that Ms. Browne may bring her motion without the necessity of a pre-motion conference.  If, consistent with Federal Rule of Civil Procedure 11, the third-party plaintiffs can assert additional allegations to cure any alleged deficiencies that Ms. Browne has raised in her

1

pre-motion letter, then it would be in the best interest of both the parties and the Court for the third-party plaintiffs to assert them now, before briefing on the proposed motion. The third-party plaintiffs are thus granted leave to file an amended third-party complaint within two (2) weeks of this Order. If, at that time, the third-party plaintiffs have not filed an amended third-party complaint, then the parties shall confer on a briefing schedule agreeable to both sides, in which no more than sixty (60) days elapse from the filing of Ms. Browne's motion to the filing of her reply.

**SO ORDERED.**

Dated:   New York, New York
         July 7, 2020

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE