UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
MARIA THERESA NOBLE,

                Plaintiff,

    -against-

MOUNT OLIVET CHURCH, INC., aka MOUNT
OLIVERT CHURCH, INC., aka MOUNT OLIVER
CHURCH INC., aka MOUNT OLIVE CHURCH INC.,
and ARACELIS STAATZ, as Trustee of Mount Olivet
Church,

                Defendants.
-------------------------------------------------------------------
MOUNT OLIVET CHURCH, INC. and ARACELIS
STAATZ, as Trustee of Mount Olivet Church,    **18-CV-07871-NRB**

                Third-Party Plaintiffs,    **NOTICE OF MOTION**

    -against-

LEDWIN OVIEDO, LEDWIN ENTERPRISES, INC.,
JAMIE RAMIREZ, ESQ. and LAURA C. BROWNE,
ESQ.,

                Third-Party Defendants.

------------------------------------------------------------------- X

      **PLEASE TAKE NOTICE** that, upon the annexed affirmation of Joseph L. Francoeur dated August 21, 2020 and the exhibits thereto, the accompanying memorandum of law, and all the prior pleadings and proceedings herein, third-party defendant, LAURA C. BROWNE, ESQ., will move this Court before the Hon. Naomi Reice Buchwald, U.S.D.J., at the Courthouse located at 500 Pearl Street, New York, New York 10007-1312, on a date to be set by the Court, for an Order, pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b), dismissing the Amended Third-Party

11061940v.1

Complaint for its failure to state claims upon which relief can be granted, and granting such other, further, and different relief as this Court deems just and proper.

Dated:  New York, New York
        August 21, 2020

                Respectfully submitted,

                WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

*Joseph L. Francoeur*
Joseph L. Francoeur
Maxx M. Johnson
*Attorneys for Defendant*
LAURA C. BROWNE, ESQ.
150 East 42nd Street
New York, NY 10017
Tel: 212-915-5638
Our File No. 19715.00005
Joseph.francoeur@wilsonelser.com

TO:    All counsel of record via electronic filing.

11061940v.1