# EXHIBIT B

**MT OLIVET CHURCH, INC**
2176 Grand Concourse
Bronx, New York 10457
347.854.8429

October 2, 2017

**BY EMAIL: Laura@laurabrowneattorney.com**
**& FACSIMILE (347) 851-4096**

Laura C. Browne, Esq
Attorney at Law
1938 Williamsbridge Road
Bronx, New York 10461

          Re:    Mt. Olivet Church, Inc. to Maria Noble
          Address:    2176 Grand Concourse
                           Bronx, New York

Dear Ms. Browne:

    Please be advised that Mt. Olivet Church Inc., hereby terminates your services regarding the above-referenced matter, effective immediately.

    Please forward all documents maintained by you in connection with this matter to the following:

        Himmelstein, McConnell, Gribben, Donoghue & Joseph LLP
        15 Maiden Lane, 17th Floor
        New York, New York 10038
        <u>Attention</u>: Serge Joseph, Esq.

    Please also issue the contract deposit in the amount of $15,000, held in escrow by your office to Himmelstein, McConnell, Gribben, Donoghue & Joseph LLP, as attorneys.

    Should you have any questions, please contact Serge Joseph, Esq. at 212.349.3000.

    Thank you for your assistance and cooperation in this matter.

                                        Very truly yours,
                                        Olivet Church, Inc.
                                        By: Aracelis Staatz, Director

/
cc:    Serge Joseph, Esq
       by email