# ATTORNEY'S AFFIRMATION OF SERVICE
# CERTIFICATE OF SERVICE

**DAVID J. BRODERICK**, an attorney duly admitted to practice law in the State of New York affirms the truth of the following under penalty of perjury:

I am not a party to the action, am over the age of eighteen (18) years and reside in QUEENS, New York. On  September 22, 2020, I served the within

MEMORANDUM OF LAW IN OPPOSITION TO BROWNE'S MOTION TO DISMISS ALONG WITH THE REQUIRED LETTER FILED TO THE COURT UNDER THE JUDGE'S PART RULE 2(E)(1)

On all appearing parties via ECF

And 2 Courtesy copies to the Court via United States Mail.

Dated:        FOREST HILLS, NEW YORK
                September 22, 2020

*/s David J Broderick*
_____
DAVID J. BRODERICK