UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA THERESA NOBLE,

                Plaintiff

-against-

MOUNT OLIVET CHURCH, INC., aka, MOUNT OLIVERT CHURCH, INC., aka MOUNT OLIVER CHURCH INC., aka MOUNT OLIVE CHURCH INC., an ARACELIS STAATZ, as Trustee of Mount Olivet Church,

                Defendants

**STIPULATION OF DISMISSAL OF THE ACTION, CROSS-CLAIMS, AND THIRD PARTY CLAIMS**

MOUNT OLIVET CHURCH INC. and ARACELIS STAATZ, as Trustee of Mount Olivet Church,

                Third-Party Plaintiff,

-against-

LEDWIN OVIEDO, LEDWIN ENTERPISES, INC., JAMIE RAMIREZ, ESQ and LAURA C. BROWNE, ESQ.,

                Third Party Defendants.

18-CV-07871-NRB

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys for all parties to the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject of the action, that plaintiff MARIA THERESA NOBLE named herein as the plaintiff hereby dismisses all claims against Defendants MOUNT OLIVET CHURCH, INC., aka, MOUNT OLIVERT CHURCH, INC., aka MOUNT OLIVER CHURCH INC., aka MOUNT OLIVE CHURCH INC., an ARACELIS STAATZ, as Trustee of Mount Olivet Church, with prejudice and without costs or attorneys fees.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys for all parties to the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not

255583116V.1

a party has an interest in the subject of the action, that defendant MOUNT OLIVET CHURCH, INC., aka, MOUNT OLIVERT CHURCH, INC., aka MOUNT OLIVER CHURCH INC., aka MOUNT OLIVE CHURCH INC., and ARACELIS STAATZ, as Trustee of Mount Olivet Church, hereby dismisses its Counter Claims against plaintiff MARIA THERESA NOBLE with prejudice and without costs or attorneys fees.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys for all parties to the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject of the action, that defendant-third party plaintiffs MOUNT OLIVET CHURCH, INC., aka, MOUNT OLIVERT CHURCH, INC., aka MOUNT OLIVER CHURCH INC., aka MOUNT OLIVE CHURCH INC., and ARACELIS STAATZ, as Trustee of Mount Olivet Church, hereby dismisses its Third Party actions against third-party defendants LEDWIN OVIEDO, LEDWIN ENTERPISES, INC., JAMIE RAMIREZ, ESQ and LAURA C. BROWNE, ESQ., with prejudice and without costs or attorneys fees.

This stipulation may be signed electronically and by facsimile and/or any other electronic means.

This stipulation may be signed as one document and/or in counter parts.

Dated: June 29, 2021, New York

Norma E. Ortiz
Ortiz & Ortiz, LLP
Attorneys for the Plaintiff
Maria Theresa Noble
32-72 Steinway Street, Suite 402
Astoria, New York 11104
Phone:
email@ortizandortiz.com

DAVID J. BRODERICK, LLC
70-20 Austin Street
Suite 107
Forest Hills, New York 11375
Phone: 718 830 0700
Fax: 718 732 2102
brodericklegal@gmail.com
Attorney for the Defendants-Third Party Plaintiff
MOUNT OLIVET CHURCH, INC., aka, MOUNT OLIVERT CHURCH, INC., aka MOUNT OLIVER CHURCH INC.,

255583116V.1

/s/ Maxx M. Johnson

Wilson, Elser, Moskowitz & Dicker LLP
150 E. 42nd Street
New York, New York 10017
Attorneys for the Third Party Defendant
Laura C. Browne

Maxx.Johnson@wilsonelser.com
Joseph.Francoeur@wilsonelser.com
Ronald.Weiner@wilsonelser.com

aka MOUNT OLIVE CHURCH INC., an
ARACELIS STAATZ, as Trustee of
Mount Olivet Church

_____
This Stipulation is approved by Aracelis Staatz
individually and as trustee for the MOUNT
OLIVET CHURCH, INC., aka, MOUNT
OLIVERT CHURCH, INC., aka
MOUNT OLIVER CHURCH INC., aka
MOUNT OLIVE CHURCH INC.,

SO ORDERED:

Dated: July 9, 2021

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

255583116V.1